United States District Court
Southern District of Texas
**ENTERED**
September 08, 2021
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

No. 3:21-0045

DENISE POPE, PLAINTIFF,

v.

GALVESTON COUNTY, *ET AL.*, DEFENDANTS.

## FINAL JUDGMENT

JEFFREY VINCENT BROWN, UNITED STATES DISTRICT JUDGE.

For the reasons stated in the memorandum opinion and order entered this day, the court orders that:

1. DPS' motion to dismiss (Dkt. 15) is granted.

2. The motion to dismiss filed by Mathis, Peña, and Thomas (Dkt. 16) is granted.

3. The motion to dismiss filed by the City of Galveston (Dkt. 18) is granted.

4. This action is dismissed under 28 U.S.C. § 1915(e)(2)(B) and Rule 12(h)(3).

The Clerk will provide a copy of this order to the parties.

Signed on Galveston Island this __8th__ day of __September__, 2021.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE